IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| DAVID W. QUALLS, | * |
| Plaintiff, | * |
| vs. | *   No. 5:12-cv-0089-SWW |
| PROFESSIONAL CREDIT MANAGEMENT, | * |
| Defendant. | * |

## ORDER

The motion [doc.#6] of Professional Credit Management to dismiss pro se plaintiff David W. Qualls's complaint for lack of proper service is denied as moot, plaintiff having filed a proof of service [doc.#10] that supercedes the motion to dismiss.

IT IS SO ORDERED this 30th day of March 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE