*IN THE UNITED STATES DISTRICT COURT*
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

DAVID W. QUALLS                                                                              PLAINTIFF(S)

vs.                                          NO.  5:12CV00089  **SWW**

PROFESSIONAL CREDIT MANAGEMENT                                          DEFENDANT(S)

## INITIAL SCHEDULING ORDER

The following deadlines and proposals are in effect:

**(1) Rule 26(f) Conference Deadline:**          **June 11, 2012**

The parties are jointly responsible for holding their Rule 26(f) conference on or before the specified date.

**(2) Rule 26(f) Report Due Date:**          **June 25, 2012**

Consult FRCP 26(f) and Local Rule 26.1 for information to be included in the Rule 26(f) Report. The Report should be filed with the Clerk of Court.

**(3) Proposed Trial Date:**          **Monday, February 11, 2013, 9:30 A.M.**
**100 E. 8th Street, Room 3602**
**Pine Bluff, AR 71601**

*NOTE: Although in the typical case, the deadline for completing discovery and filing motions should be no later than sixty (60) days before trial, BEFORE THIS COURT, the DISCOVERY DEADLINE SHOULD BE AT LEAST 5 MONTHS PRIOR TO TRIAL and the MOTIONS DEADLINE SHOULD BE AT LEAST 4 MONTHS PRIOR TO TRIAL.*

**(4) Rule 16(b) Conference (if needed):**

A telephone conference will be held, if needed, to resolve any conflicts among the parties with deadlines, the proposed trial date, mandatory disclosures, etc.  If the parties can agree on all issues in the Rule 26(f) Report and the trial date proposed by the Court, then a telephone conference will be unnecessary.

- 2 -

**(5) Final Scheduling Order**:     <u>**Will be issued July 2, 2012:**</u>

      A Final Scheduling Order will be issued on or before the specified date, confirming the **COURT** trial date, setting deadlines, and resolving any disputes which may be taken up in a telephone conference.

      AT THE DIRECTION OF THE COURT
James W. McCormack, Clerk

/s/ Cecilia Norwood
Deputy Clerk      (501) 604-5104