UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS

DAVID W. QUALLS                                             PLAINTIFF

VS.                       5:12-CV089-SWW

PROFESSIONAL CREDIT MANAGEMENT                  DEFENDANTS

## ENTRY OF APPEARANCE

Comes now Leigh Law LLC, by and through Victoria Leigh, and hereby enters its appearance as attorneys for the Plaintiff, David W. Qualls, in the above styled cause. The undersigned counsel respectfully requests that all pleadings, discovery, and orders be served upon him at the address indicated below.

Respectfully submitted,

Leigh Law LLC
2500 Cedar Creek Road
North Little Rock, Arkansas 72116
501.658.3108
roar@leighlawllc.com

By: _____
VICTORIA LEIGH (ABN 2011257)

## CERTIFICATE OF SERVICE

I, Victoria Leigh, do hereby certify that I have served a true and correct copy of the foregoing via first class mail this ___ day of June, 2012 by forwarding a copy to the following:

Bryce D. Cook
Marshall & Owens, P.A.
P.O. Box 4034
Jonesboro, Arkansas 72403

_____
Victoria Leigh