**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

---

DAVID W. QUALLS,

                Plaintiff,

vs.

PROFESSIONAL CREDIT
MANAGEMENT, INC,

                Defendant.

Civil File No. 5:12-CV089-SWN

**NOTICE OF APPEARANCE**

---

**PLEASE TAKE NOTICE** that Christopher R. Morris, a member of the bar of this Court, and a shareholder with the law firm of Bassford Remele, A Professional Association, hereby enters his appearance as counsel for Defendant in this action.

                **BASSFORD REMELE**
                *A Professional Association*

Dated: 06/05/12           By /s/Christopher R. Morris
                                   Christopher R. Morris
                                   33 South Sixth Street, Suite 3800
                                   Minneapolis, Minnesota  55402-3707
                                   Telephone:   (612) 333-3000
                                   Facsimile:    (612) 333-8829
                                   cmorris@bassford.com