**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**

DAVID W. QUALLS,                                                                             PLAINTIFF

v.                                        Civil Case No: 5:12-CV089-SWW

PROFESSIONAL CREDIT
MANAGEMENT, INC,                                                                      DEFENDANT

## PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITH PREJUDICE

Plaintiff, by and through counsel, Leigh Law LLC for his unopposed Motion to Dismiss With Prejudice, states:

1. This matter has been settled to the satisfaction of the parties, who have drafted and executed a mutually agreeable release that includes – as consideration for this resolution – an agreement that Plaintiff will move to dismiss this lawsuit with prejudice;

2. Having agreed to the settlement terms, having signed a proper release that was discussed thoroughly with his attorney, and having received consideration for his agreement to do so, Plaintiff   hereby requests that this lawsuit be dismissed with prejudice.

3. Defendants are also in agreement and do not oppose this motion.

Respectfully submitted,

Leigh Law LLC
Post Office Box 21514
Little Rock, Arkansas 7222
501.658.3108

By:      ___/s/ Victoria Leigh _____
            Victoria Leigh ABN: 2011257

## **CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the foregoing has been filed electronically via the CM/ECF system on this 9th day of August, 2012, which will electronically notify counsel for the Defendants:

Bryce D. Cook
Marshall & Owens, P.A.
P.O. Box 4034
Jonesboro, Arkansas 72403

Christopher R. Morris
Bassford Remele, PA
33 South Sixth Street, Suite 3800
Minneapolis, MN 55402-3707
Main:  612.333.3000


                                              ___/s/ Victoria Leigh_____
                                                Victoria Leigh ABN: 2011257