IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | |
|---|---|
| DAVID W. QUALLS, | * |
| Plaintiff, | * |
| vs. | * No. 5:12-cv-0089-SWW |
| PROFESSIONAL CREDIT MANAGEMENT, | * |
| Defendant. | * |

ORDER

The unopposed motion [doc.#23] of plaintiff David W. Qualls to dismiss this action with prejudice, the parties having reached a settlement, is hereby granted.

IT IS SO ORDERED this 13th day of August 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE